NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER ZUBIATE, | ) | No. C 10-04127 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION; |
| vs. | ) | GRANTING EXTENSION OF TIME TO PROVIDE COURT WITH |
| | ) | LOCATION INFORMATION FOR |
| MATTHEW CATE, et al., | ) | UNSERVED DEFENDANTS; |
| | ) | DIRECTING CLERK TO REISSUE |
| Defendants. | ) | SUMMONSES |
| | ) | |
| | ) | (Docket Nos. 77, 78 & 79) |

Plaintiff, a prisoner currently incarcerated at the Pelican Bay State Prison, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against prison officials for allegedly unconstitutional acts. The Court ordered service of Plaintiff's complaint upon the named defendants. (See Docket No. 5.) The following defendants have not been served.

**DISCUSSION**

**A.     Unserved Defendants**

Plaintiff was directed to provide location information for unserved Defendants G. W. Basinger, T. R. Rosenkrans, M. Perez, R. Marquez, J. Beeson and J. M. Escobedo

after the summonses for these Defendants were returned unexecuted. (See Docket Nos. 67 69 & 71.) On August 19, 2011, Plaintiff filed a request for a court order directing Defendant Matthew Cate and Defendants' counsel, Deputy Attorney General Kyle A. Lewis to furnish the location information for these unserved Defendants. (Docket Nos. 77 & 78.) When Plaintiff wrote to Mr. Lewis requesting this information, Mr. Lewis responded that he had no information regarding those persons and that he was not representing them. (See Docket No. 81, Ex. A.) As Mr. Lewis is not representing any of these unserved Defendants, he is under no legal obligation to provide Plaintiff with service information for these Defendants. The request as to Mr. Lewis is DENIED.

In the interest of justice, the Court will extend the time for Plaintiff to provide location information for these unserved Defendants. Plaintiff must conduct third-party discovery after reviewing Rules 26-37 of the Federal Rules of Civil Procedure, which set forth discovery rules for federal court civil litigation. Plaintiff may serve upon served Defendants a copy of his discovery demands requesting the location of unserved Defendants M. Perez, R. Marquez, J. Beeson and J. M. Escobedo. Defendants are directed to file notice of compliance within **ten (10) days** from the date they are served with Plaintiff's discovery request.

**B.     Reiusse Summonses for Defendants Basinger and Rosenkrans**

Plaintiff has filed notice of compliance with the Court Order to provide location information for Defendants G. W. Basinger and T. L. Rosenkrans. (Docket No. 76.) Accordingly, the Court will reissue summons to these defendants.

**C.     Motion for Extension of Time to File Opposition**

Good cause appearing, Plaintiff's motion for extension of time (Docket No. 79) to file opposition to Defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition **no later than October 17, 2011**. Defendants shall file a reply brief no later than **fifteen (15) days** after Plaintiff's opposition is filed.

///

///

**CONCLUSION**

For the reasons stated above, the Court orders as follows:

1. Plaintiff must file notice and provide the Court with the accurate current location of Defendants M. Perez, R. Marquez, J. Beeson and J. M. Escobedo such that the Marshal is able to effect service. Any discovery request to served Defendants regarding location information for unserved Defendants must be made **within ten (10) days** from the date this order is filed, and Plaintiff shall file a copy of such request with this Court.

Ultimately, it is Plaintiff's responsibility to provide sufficient location information for the Marshal to effect service. If Plaintiff fails to provide the Court with an accurate current location for these unserved Defendants **within thirty (30) days** of the date this order is filed, Plaintiff's claims against these Defendants will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

2. The Clerk of the Court shall reissue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court Order filed February 17, 2011, (Docket No. 5), and a copy of this order upon **Defendants G. W. Basinger and T. L. Rosenkrans** at the address provided by Plaintiff. (See Docket No. 76.)

Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint found to be cognizable, and briefing shall proceed thereafter, in accordance with the schedule and instructions set forth in the Court's Order of Service, filed February 17, 2011. (Docket No. 5.)

3. Plaintiff 's motion for extension of time to file opposition (Docket No. 79) is GRANTED. Briefing shall proceed as outlined above.

This order terminates Docket Nos. 77, 78 and 79.

IT IS SO ORDERED.

DATED: JDFF

JEREMY FOGEL
United States District Judge

Order Directing P to locate Ds; Reissuing Sums; Grant EOT
P:\PRO-SE\SJ.JF\CR.10\Zubiate04127_unserved Ds-6. eot-oppo.wpd  3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAVIER A ZUBIATE,

        Plaintiff,

  v.

MATTHEW CATE, et al.,

        Defendants.

Case Number: CV10-04127 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Zubiate J-83189
Pelican Bay State Prison
P.O. Box 7500
S.H.U. D-1-115
Crescent City, CA 95532

Dated: _____

Richard W. Wieking, Clerk